**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Victoria Ann Poling, | ) | No. CV-12-01527-PHX-FJM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin, Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the court is plaintiff's motion for an award of attorney's fees in the amount of $7,147.23 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, (doc. 28), and defendant's response indicating that it has no objection to the award of fees (doc. 29). Therefore, having considered the plaintiff's request for fees, and finding that the requested fees are appropriate and reasonable, **IT IS ORDERED GRANTING** plaintiff's motion for an award of attorney's fees in the amount of $7,147.23 (doc. 28).

DATED this 4th day of November, 2013.

*Frederick J. Martone*

Frederick J. Martone
Senior United States District Judge